512 So.2d 1161 (1987)
Dwight REID, Appellant,
v.
The STATE of Florida, Appellee.
No. 86-2176.
District Court of Appeal of Florida, Third District.
September 29, 1987.
Samek & Besser and Lawrence Besser, for appellant.
Robert A. Butterworth, Atty. Gen., for appellee.
Before HENDRY, FERGUSON and JORGENSON, JJ.
PER CURIAM.
Affirmed. Mulvey v. State, 41 So.2d 156 (Fla. 1949); Myers v. State, 499 So.2d 895 (Fla. 1st DCA 1986). This case presents the same question certified in Bellinger v. State, 513 So.2d 732 (Fla. 3d DCA 1987); and Condiles v. State, 512 So.2d 331 (Fla. 3d DCA 1987):
IS USE OF THE HABITUAL OFFENDER STATUTE TO EXCEED THE STATUTORILY PRESCRIBED MAXIMUM SENTENCE FOR THE OFFENSE PRECLUDED WHERE THE SENTENCE IMPOSED DOES NOT EXCEED THE RECOMMENDED GUIDELINE SENTENCE?
Question certified.